**LOCAL 807 LABOR-MANAGEMENT PENSION FUND**
32-43  49TH  STREET LONG ISLAND CITY, NEW YORK  11103
TELEPHONE   718-274-5353

*8-13-02*

## PENSION APPLICATION

PLEASE READ INSTRUCTIONS CAREFULLY AND PRINT ANSWERS TO ALL QUESTIONS.

1. NAME _Thigpen_____ _Jessie_____
   (LAST)          (FIRST)          (MIDDLE)

2. ADDRESS __350  E 137  St_____ _Apt 13G_ *Bronx*
   (NUMBER & STREET)   (CITY OR TOWN)   (STATE - ZIP CODE)  *N.Y.*

3. SOCIAL SECURITY NUMBER  *redacted*         292 - 8917   10454

4. HOME TELEPHONE NUMBER  (718)   402-9136

5. RETIREMENT DATE ___12-1-02___ . 9-1-02 *not yearly*

6. DATE OF BIRTH ___11-14- redacted___

7. PLACE OF BIRTH ___N C_____ . (ATTACH PROOF OF AGE
                                        REFER TO PAGE 5)

8. a. WHEN DID YOU FIRST JOIN LOCAL 807? __1983__ .

   b. SINCE YOU JOINED LOCAL 807 HAVE THERE BEEN ANY PERIODS WHEN
      YOU DROPPED OUT OR WITHDREW FROM MEMBERSHIP, OR
      TRANSFERRED OUT? (  )YES (X)NO

   IF YES, STATE WHEN: FROM_____ TO_____ .
                       FROM_____ TO_____ .

   c. WERE YOU A MEMBER OF ANY OTHER TEAMSTER LOCAL BEFORE
      JOINING LOCAL 807? (X)YES (  )NO

   IF YES, STATE WHEN: FROM _Not A teamster Local 365X_
                       FROM_____ TO_____ .

9. a. DID YOU WORK FOR EMPLOYERS UNDER CONTRACT WITH LOCAL 807
      BETWEEN SEPTEMBER 1, 1950 AND MARCH 1, 1954? (  )YES (  )NO

   b. HAVE YOU WORKED FOR EMPLOYERS UNDER CONTRACT WITH OTHER
      TEAMSTER LOCALS SINCE SEPTEMBER 1,1950? (X)YES(  )NO

   IF YES, STATE  LOCAL NO._____ FROM_____ TO_____ .
                  LOCAL NO._____ FROM_____ TO_____ .

PAGE 1

**LOCAL 807 PENSION FUND APPLICATION**

10. YOU MAY BE ENTITLED TO CREDIT FOR TIME NOT ACTUALLY SPENT IN COVERED EMPLOYMENT (DUE TO TIME SPENT IN THE UNITED STATES ARMED FORCES). IF YOU HAVE SERVED IN THE ARMED FORCES, FILL IN THIS SECTION AND ATTACH A PHOTOCOPY OF YOUR DISCHARGE OR SEPARATION PAPERS.

DATE  ENTERED  ARMED FORCES _____.
DATE DISCHARGED OR SEPARATED _____.
BRANCH  OF SERVICE _____.

11. YOU MAY BE ENTITLED TO CREDIT FOR PERIODS WHEN YOU WERE RECEIVING ACCIDENT AND SICKNESS BENEFITS FROM THE WELFARE FUND. PLEASE LIST ANY SUCH PERIODS BELOW:

PERIOD DISABLED  FROM_____ TO _____

FROM_____ TO _____

12. HAVE YOU EVER RECEIVED WORKMEN'S COMPENSATION BENEFITS (x) YES ( ) NO

IF YES, PLEASE LIST BELOW THE PERIOD OF TIME FOR WHICH YOU RECEIVED WORKMAN'S COMPENSATION.

NAME OF EMPLOYER FOR
WHOM YOU WERE WORKING_____.
ADDRESS OF EMPLOYER_____.

PERIOD FROM_____ TO _____
PERIOD FROM_____ TO _____

13. ARE YOU, AT THE PRESENT TIME, AN OWNER OR OFFICER OF YOUR CURRENT EMPLOYER?  ( ) YES (X) NO

[ LOCAL 807 PENSION FUND APPPLICATION ]

14. LIST AS ACCURATELY AS POSSIBLE, THE NAMES AND ADDRESSES
OF ALL EMPLOYERS, IN THE TRUCKING INDUSTRY, FOR WHOM YOU
HAVE EVER WORKED.   PLEASE SHOW DATES OF EMPLOYMENT AS
EXACTLY AS POSSIBLE,  START WITH YOUR PRESENT OR MOST
RECENT EMPLOYER FIRST AND CONTINUE IN THAT ORDER.  YOU
MAY ATTACH A SEPARATE SHEET IF MORE SPACE IS NEEDED.

| NAME OF COMPANY | ADDRESS | LOCAL | EMPLOYED FROM | TO |
|---|---|---|---|---|
| Independent Chem Corp. | 19 51 Cooper Avenue Glendale ny | 807 | 1983 | Present 11/30/02 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PAGE 3

## LOCAL 807 PENSION FUND APPLICATION

15. a. IF YOUR RETIREMENT IS EFFECTIVE BEFORE HAVING REACHED THE AGE OF 65, PLEASE EXPLAIN BELOW WHY YOU DECIDED TO RETIRE.

*Health Reasons*

b. WE WOULD APPRECIATE KNOWING WHAT TYPE OF WORK, IF ANY, YOU HAVE DONE SINCE LEAVING THE TRUCKING INDUSTRY.

*Still Working*

c. PLEASE SPECIFY THE TYPE OF EMPLOYMENT, IF ANY, YOU WILL SEEK UPON RETIREMENT.

*Not in union if works.*

AN APPLICATION FOR PENSION MUST BE MADE ON AN OFFICIAL FORM OF THE PENSION FUND AND MUST BE SUBMITTED TO THE PENSION FUND.

APPLICATIONS SHOULD BE SUBMITTED AT LEAST SIX MONTHS BEFORE THE DATE WHEN PENSION PAYMENTS MIGHT BEGIN. YOU WILL BE CONTACTED IF ANY FURTHER INFORMATION IS REQUIRED. YOU WILL BE NOTIFIED IN WRITING OF THE DECISION ON YOUR APPLICATION.

I HEREBY APPLY FOR A PENSION FROM THE LOCAL 807 LABOR-MANAGEMENT PENSION FUND. THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT A FALSE STATEMENT MAY DISQUALIFY ME FOR PENSION BENEFITS.

SIGNATURE

TYPE OF PENSION DESIRED    *Early*

DATE    *8-13-02*

PAGE 4