PAGE 1

Please circle the appropriate bc ⋯⋯ choice
Either A, B, C, D, or E  if applicable,                                            und
Office.

(A)  **IF MARRIED**

I do not wish to receive the p                                                    orm of
A 50% Husband and Wife Po                                                         t
**complete the next page at t**

**A married individual and**                                                      ow
**And have the signatures a**

I HEREBY SWEAR THAT THI                                                           ENT
BELOW IS MY CURRENT LEGAL SPOUSE.

_____          12/18/02
(EMPLOYEE'S SIGNATURE)                    DATE

I HEREBY SWEAR THAT I UNDERSTAND THE REJECTION OF SUCH
BENEFIT AND I AM IN AGREEMENT.

_____          _____
(SPOUSE'S SIGNATURE)                      DATE

***NOTE: IF YOU CIRCLED BOX A, C D OR E REJECTING THE HUSBAND-
WIFE PENSION, THIS FORM MUST BE SIGNED BY THE EMPLOYEE, OR BY
YOU AND YOUR SPOUSE (IF APPLICABLE) AND NOTARIZED BY A
NOTARY.

STATE  New York         )
COUNTY OF  Bronx        )

SIGNED AND SWORN TO BEFORE ME ON THIS

__18__ DAY OF _Dec_, 200_2_

(NOTARY PUBLIC)

HW-1

FERNANDO DOMINGUEZ
NOTARY PUBLIC STATE OF NEW YORK
NO. 01DO6046301
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES AUGUST 07 2004

| CIRCLE ONE | BELOW   B C D OR E |
|---|---|

**B** — I may wish to receive the pension benefit to which I am entitled in the form of a 50% Husband-Wife Pension and wish to be informed of the exact amount of the pension benefits payable to myself and my spouse under the Husband-Wife Pension. I understand that at the time I receive the information requested, I will have another opportunity to decline the option prior to retirement.

If you and your spouse are divorced after your pension becomes payable, the election remains in effect and she/he (should she/he survive you) will Receive the benefit under the Husband and Wife arrangement for her/his lifetime.

Spouse date of birth_____(enclose copy of proof of spouse's birth and Marriage -certificate-originals will be returned to you).
_____/_____/_____ Spouse Social Security Number.

**(C)** — I hereby swear that I am not legally married at this time.

**D** — I hereby swear that the whereabouts of my legal spouse is unknown and that I know of no way of locating her/him.

**E** — I hereby elect the Sixty Month Guarantee of Benefits. I hereby designate the following beneficiaries: (Note: If you are legally married your spouse must be named as first beneficiary).

None (2) #1  **PRIMARY BENEFICIARY**   #2

✓ Jean B Thigpen — Richard Thigpen
   NAME                           DATE OF BIRTH

350 - E 137 ST  APT-13G  Bronx  10454
MAILING ADDRESS                  RELATIONSHIP

**SECOND BENEFICIARY** (IN THE EVENT PRIMARY BENEFICIARY PRE-DECEASED ME OR WHO DIES AFTER MY DEATH AND PRIOR TO RECEIPT OF ALL BENEFITS DUE.

✓
_____
   NAME                           DATE OF BIRTH

_____
   MAILING ADDRESS               RELATIONSHIP

HW-1