| CIRCLE ONE | BELOW B C D OR E |
|---|---|

B. I may wish to receive the pension benefit to which I am entitled in the form of a 50% Husband-Wife Pension and wish to be informed of the exact amount of the pension benefits payable to myself and my spouse under the Husband-Wife Pension. I understand that at the time I receive the information requested, I will have another opportunity to decline the option prior to retirement.

**If you and your spouse are divorced after your pension becomes payable, the election remains in effect and she/he (should she/he survive you) will Receive the benefit under the Husband and Wife arrangement for her/his lifetime.**

Spouse date of birth_____(enclose copy of proof of spouse's birth and Marriage -certificate-originals will be returned to you).
_____/_____/_____ Spouse Social Security Number.

C. I hereby swear that I am not legally married at this time.

D. I hereby swear that the whereabouts of my legal spouse is unknown and that I know of no way of locating her/him.

NOV 20 2003

E. I hereby elect the Sixty Month Guarantee of Benefits. I hereby designate the following beneficiaries: (Note: If you are legally married your spouse must be named as first beneficiary).

*Note Effective 11-20-03*

PRIMARY BENEFICIARY

1. Jachleen Grant Thigpen     7/6/redacted  married
   NAME                        DATE OF BIRTH   11/15/03
   350 East 137 St Apt 6dl Bx 10454   Wife
   MAILING ADDRESS             RELATIONSHIP

SECOND BENEFICIARY (IN THE EVENT PRIMARY BENEFICIARY PRE-DECEASED ME OR WHO DIES AFTER MY DEATH AND PRIOR TO RECEIPT OF ALL BENEFITS DUE.

2. Leon B Thigpen
   NAME                        DATE OF BIRTH
   350 E 137St Bronx           9-12-redacted    Son
   MAILING ADDRESS             RELATIONSHIP

HW-1