**PENSIONER'S BENEFICIARY CARD** Re: Pension Application No. **707**

NOV 20 2003

To the Board of Trustees:

I hereby designate as my beneficiary to receive any Death Benefits that may be payable after my death under the Pension Plan of the above-named Pension Fund, the following:

1. BENEFICIARY (First Choice): Kathleen Grant Thigpen — Name / Wife — Relationship
   350 E. 137 St #6E — Address (Number and Street) / BX — City / n.y. — State / 10454 — Zip Code

2. BENEFICIARY (Second Choice) (in case of death of first beneficiary): Leon B. Thigpen — Name / Son — Relationship
   350 East 137th apt 13g — Address (Number and Street) / BX — City / — State / 10454 — Zip Code

I reserve the right to revoke and change this designation at any time by giving written notice on the form prescribed by the Trustees.

X  11-20-03   Jessie L. Thigpen
   Date         Signature of Pensioner

---

JESSIE THIGPEN
**PENSIONER'S BENEFICIARY CARD** Re. Pension Application No. **707**

**DEATH BENEFIT: $3500.00**   rec'd 7/22/13

To the Board of Trustees:

I hereby designate as my beneficiary to receive any Death Benefits that may be payable after my death under the Pension Plan of the above-named Pension Fund, the following:

BENEFICIARY (First Choice): Angela Thigpen — Name / daughter — Relationship
40 Humboldt St, Apt 200 — Address (Number and Street) / Brooklyn — City / NY — State / 11206 — Zip Code

BENEFICIARY (Second Choice) (in case of death of first beneficiary): Leon Thigpen — Name / Son — Relationship
— Address (Number and Street) / — City / — State / — Zip Code

I reserve the right to revoke and change this designation at any time by giving written notice on the form prescribed by the Trustees.

7/22/2013   Jessie L. Thigpen
   Date         Signature of Pensioner
                                                      25