UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ANGELA THIGPEN,                                              :

                          Plaintiff,               :  Case No.: 18-CV-00162

        - against -                                          :

CAROL WESTFALL                                           :  **NOTICE OF APPEARANCE**
BOARD OF TRUSTEES OF THE LOCAL 807
LABOR-MANAGEMENT PENSION FUND,         :

                    Defendants.              :
------------------------------------------------------------------------ X

FILED
CLERK
2018 MAR -6 PM 3:53
U.S. DISTRICT COURT
EASTERN DISTRICT

      PLEASE TAKE NOTICE that Wilson Elser Moskowitz Edelman & Dicker, LLP ("Wilson Elser"), by Rebecca R. Gelozin, Esq. hereby makes an appearance as counsel of record on behalf of defendant Carol Westfall. Wilson Elser hereby requests that all notices and documents in this case be sent to Wilson Elser Moskowitz Edelman & Dicker LLP, Attn: Rebecca R. Gelozin, 1133 Westchester Avenue, White Plains, NY 10604.

Dated: White Plains, New York
       March 6, 2018

                                        Respectfully submitted,

                                        WILSON ELSER MOSKOWITZ
                                        EDELMAN & DICKER LLP

                                        By: _____
                                        Rebecca R. Gelozin, Esq.
                                        1133 Westchester Avenue
                                        White Plains, New York 10604
                                        (914) 872-7445
                                        Rebecca.Gelozin@wilsonelser.com
                                        *Counsel to Defendant Carol Westfall*